IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, successor in interest to Colonial Bank by acquisition of assets from FDIC as Receiver for Colonial Bank,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNTELLECT, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br>CIVIL ACTION NO.<br>2:08cv955-MHT<br>(WO) |

ORDER

Defendant Syntellect, Inc. raises overlapping "objections to [specified] evidence submitted by Plaintiff [Branch Banking and Trust Company] in Opposition to Syntellect's Motion for Summary Judgment," Objection at 1 (Doc. No. 95), and "to [specified] evidence submitted by plaintiff in support of its Motion for Partial Summary Judgment," Objection at 1 (Doc. No. 82). In resolving the cross-motions for summary

judgment, the court found no need to rely on the evidence to which Syntellect objects.

For the foregoing reasons, it is ORDERED that defendant Syntellect, Inc.'s objections (doc. nos. 82 & 95) are overruled as moot.

DONE, this the 22nd day of July, 2010.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE