IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST )<br>COMPANY, successor in )<br>interest to Colonial Bank )<br>by acquisition of assets )<br>from FDIC as Receiver for )<br>Colonial Bank, )<br>      )<br>    Plaintiff, )<br>      )<br>    v. )<br>      )<br>SYNTELLECT, INC., a )<br>Delaware corporation, )<br>      )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:08cv955-MHT<br>(WO) |

ORDER

It is ORDERED that the trial of this cause is continued to January 10, 2011, with all deadlines expressly tied to this trial date adjusted accordingly.

DONE, this the 20th day of September, 2010.

                                     /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE